| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rabin J. Pournazarian 186735<br>6345 Balboa Blvd. Suite 247<br>Encino, CA 91316<br>818-995-4540 Fax: 818-995-9277<br>186735 CA<br>rabin@pricelawgroup.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Richard Allen Eliason
Tina Belle Eliason

Debtor(s).

CASE NO.:
CHAPTER: 13

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**
[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing Required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 9-15-22    Richard Allen Eliason    /s/ signature
                 Printed name of Debtor 1   Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                          F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 9-20-2022    Tina Belle Eliason    /s/ Tina Eliason
                   Printed name of Debtor 2    Signature of Debtor 2

Richard Eliason
IC

| Date | Gross | Taxes | Net |
|---|---|---|---|
| 06/07/22 | $ 3,085.78 | $ 645.56 | $ 2,440.22 |
| 06/22/22 | $ 2,909.81 | $ 591.05 | $ 2,318.76 |
| 07/07/22 | $ 2,832.50 | $ 567.11 | $ 2,265.39 |
| 07/22/22 | $ 2,827.53 | $ 565.56 | $ 2,261.97 |
| 08/05/22 | $ 2,568.90 | $ 488.04 | $ 2,080.86 |
| 08/22/22 | $ 2,993.01 | $ 616.83 | $ 2,376.18 |
| 09/07/22 | $ 3,087.93 | $ 646.24 | $ 2,441.69 |
| 09/22/22 | $ 2,830.61 | $ 566.52 | $ 2,264.09 |
|  |  |  |  |
| Totals | $ 23,136.07 | $ 4,686.91 | $ 18,449.16 |
| Avg 8 stubs | $ 5,784.02 | $ 1,171.73 | $ 4,612.29 |



RICHARD A ELIASON JR
1870 E BELMONT CT
PLACENTIA, CA 92870

**ABM INDUSTRY GROUPS, LLC**
· 14141 SOUTHWEST FRWY, SUITE 425 ·
SUGARLAND, TX 77478
(323) 234-2001
BIN: 07243124

## Statement of Earnings and Deductions

| Name | SSN | Employee ID | Company | Bus Unit |
|---|---|---|---|---|
| RICHARD A ELIASON JR | XXX-XX-9619 | | 00175 | 16527124 |
| Check Number | Pay Period Start | Pay Period End | Check Date | Net Pay |
| 475553 | 9/1/2022 | 9/15/2022 | 9/22/2022 | 2,264.09 |

### Earnings

| Description | Hours | Rate | Current Amount | YTD Amount |
|---|---|---|---|---|
| REGULAR | 40.07 | 28.00000 | 1,121.96 | 39,161.28 |
| REGULAR | 39.84 | 36.42000 | 1,450.97 | 1,450.97 |
| PPD ADJ R | | | | 1,848.00 |
| HOL NOT W | 4.00 | 28.00000 | 112.00 | 1,148.20 |
| HOL NOT W | 4.00 | 36.42000 | 145.68 | 145.68 |
| MEAL BR P | | | | 72.84 |
| SICK PAY | | | | 403.36 |
| **Total:** | 87.91 | | 2,830.61 | |
| Taxable YTD: | | | | 44,230.33 |

### Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| Federal Income Tax | 193.05 | 2,548.16 |
| Federal FICA Withheld | 175.50 | 2,742.28 |
| Federal Medicare Withheld | 41.04 | 641.34 |
| CALIFORNIA WH | 125.79 | 1,634.66 |
| CALIFORNIA SDI EE | 31.14 | 486.54 |
| H&W Back Deduction | | 30.16 |
| **Total:** | 566.52 | 8,083.14 |

### Accruals

| Description | Taken | Available |
|---|---|---|
| SICK BAL | | 72.00 |

View your pay stub on-line anytime at www.doculivery.com/ABM
You will need to provide your login ID and your password.

See www.abm.com/careers for current PROMOTIONAL OPPORTUNITIES AND JOB OPENINGS

https://my.doculivery.com/External/abm/ShowStatement.aspx?stmtid=10392491

9/23/22, 2:02 PM
Page 1 of 2



**ABM**
Building Value

RICHARD A ELIASON JR
1870 E BELMONT CT
PLACENTIA, CA 92870

**ABM INDUSTRY GROUPS, LLC**
· 14141 SOUTHWEST FRWY, SUITE 425 ·
SUGARLAND, TX 77478
(323) 234-2001
BIN: 07243124

### Statement of Earnings and Deductions

| Name | SSN | Employee ID | Company | Bus Unit |
|---|---|---|---|---|
| RICHARD A ELIASON JR | XXX-XX-9619 | [redacted] | 00175 | 16527124 |
| **Check Number** | **Pay Period Start** | **Pay Period End** | **Check Date** | **Net Pay** |
| 472483 | 8/16/2022 | 8/31/2022 | 9/7/2022 | 2,441.69 |

### Earnings

| Description | Hours | Rate | Current Amount | YTD Amount |
|---|---|---|---|---|
| REGULAR | 47.94 | 28.00000 | 1,342.32 | 36,439.39 |
| REGULAR | 43.93 | 36.42000 | 1,599.93 | 1,599.93 |
| PPD ADJ R | | | | 1,848.00 |
| HOL NOT W | | | | 1,036.20 |
| MEAL BR P | | | | 72.84 |
| SICK PAY | 4.00 | 36.42000 | 145.68 | 403.36 |
| **Total:** | 95.87 | | 3,087.93 | |
| **Taxable YTD:** | | | | 41,399.72 |

### Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| Federal Income Tax | 223.93 | 2,355.11 |
| Federal FICA Withheld | 191.45 | 2,566.78 |
| Federal Medicare Withheld | 44.78 | 600.30 |
| CALIFORNIA WH | 152.11 | 1,508.87 |
| CALIFORNIA SDI EE | 33.97 | 455.40 |
| H&W Back Deduction | | 30.16 |
| **Total:** | 646.24 | 7,516.62 |

### Accruals

| Description | Taken | Available |
|---|---|---|
| SICK BAL | | 72.00 |

View your pay stub on-line anytime at www.doculivery.com/ABM
You will need to provide your login ID and your password.

See www.abm.com/careers for current PROMOTIONAL OPPORTUNITIES AND JOB OPENINGS

https://my.doculivery.com/External/abm/ShowStatement.aspx?stmtid=10350593

9/23/22, 2:01 PM
Page 1 of 2



RICHARD A ELIASON JR
1870 E BELMONT CT
PLACENTIA, CA 92870

**ABM INDUSTRY GROUPS, LLC**
· 14141 SOUTHWEST FRWY, SUITE 425 ·
SUGARLAND, TX 77478
(323) 234-2001
BIN: 07243124

## Statement of Earnings and Deductions

| Name | SSN | Employee ID | Company | Bus Unit |
|---|---|---|---|---|
| RICHARD A ELIASON JR | XXX-XX-9619 |  | 00175 | 16523171 |

| Check Number | Pay Period Start | Pay Period End | Check Date | Net Pay |
|---|---|---|---|---|
| 469345 | 8/1/2022 | 8/15/2022 | 8/22/2022 | 2,376.18 |

### Earnings

| Description | Hours | Rate | Current Amount | YTD Amount |
|---|---|---|---|---|
| REGULAR | 50.00 | 28.00000 | 1,400.00 | 33,504.06 |
| REGULAR | 43.74 | 36.42000 | 1,593.01 | 1,593.01 |
| PPD ADJ R |  |  |  | 1,848.00 |
| HOL NOT W |  |  |  | 1,036.20 |
| MEAL BR P |  |  |  | 72.84 |
| SICK PAY |  |  |  | 257.68 |
| **Total:** | 93.74 |  | 2,993.01 |  |
| **Taxable YTD:** |  |  |  | 38,311.79 |

### Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| Federal Income Tax | 212.54 | 2,131.18 |
| Federal FICA Withheld | 185.57 | 2,375.33 |
| Federal Medicare Withheld | 43.40 | 555.52 |
| CALIFORNIA WH | 142.40 | 1,356.76 |
| CALIFORNIA SDI EE | 32.92 | 421.43 |
| H&W Back Deduction |  | 30.16 |
| **Total:** | 616.83 | 6,870.38 |

### Accruals

| Description | Taken | Available |
|---|---|---|
| SICK BAL |  | 72.00 |

View your pay stub on-line anytime at www.doculivery.com/ABM
You will need to provide your login ID and your password.

See www.abm.com/careers for current PROMOTIONAL OPPORTUNITIES AND JOB OPENINGS

https://my.doculivery.com/External/abm/ShowStatement.aspx?stmtid=10305723      9/1/22, 12:49 PM
Page 1 of 2



RICHARD A ELIASON JR
1870 E BELMONT CT
PLACENTIA, CA 92870

**ABM INDUSTRY GROUPS, LLC**
· 14141 SOUTHWEST FRWY, SUITE 425 ·
SUGARLAND, TX 77478
(323) 234-2001
BIN: 07243124

## Statement of Earnings and Deductions

| Name | SSN | Employee ID | Company | Bus Unit |
|---|---|---|---|---|
| RICHARD A ELIASON JR | XXX-XX-9619 | | 00175 | 16523171 |
| **Check Number** | **Pay Period Start** | **Pay Period End** | **Check Date** | **Net Pay** |
| 466230 | 7/16/2022 | 7/31/2022 | 8/5/2022 | 2,080.86 |

### Earnings

| Description | Hours | Rate | Current Amount | YTD Amount |
|---|---|---|---|---|
| REGULAR | 39.90 | 28.00000 | 1,117.20 | 30,652.36 |
| REGULAR | 39.86 | 36.42000 | 1,451.70 | 1,451.70 |
| PPD ADJ R | | | | 1,848.00 |
| HOL NOT W | | | | 1,036.20 |
| MEAL BR P | | | | 72.84 |
| SICK PAY | | | | 257.68 |
| **Total:** | **79.76** | | **2,568.90** | |
| **Taxable YTD:** | | | | **35,318.78** |

### Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| Federal Income Tax | 161.64 | 1,918.64 |
| Federal FICA Withheld | 159.27 | 2,189.76 |
| Federal Medicare Withheld | 37.25 | 512.12 |
| CALIFORNIA WH | 101.62 | 1,214.36 |
| CALIFORNIA SDI EE | 28.26 | 388.51 |
| H&W Back Deduction | | 30.16 |
| **Total:** | **488.04** | **6,253.55** |

### Accruals

| Description | Taken | Available |
|---|---|---|
| SICK BAL | | 72.00 |

View your pay stub on-line anytime at www.doculivery.com/ABM
You will need to provide your login ID and your password.

See www.abm.com/careers for current PROMOTIONAL OPPORTUNITIES AND JOB OPENINGS

https://my.doculivery.com/External/abm/ShowStatement.aspx?stmtid=10257699

9/1/22, 12:50 PM
Page 1 of 2