| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Rabin J. Pournazarian 186735**<br>**Price Law Group, APC**<br>**6345 Balboa Blvd. Suite 247**<br>**Encino, CA 91316**<br>**818-995-4540 Fax: 818-995-9277**<br>California State Bar Number: **186735 CA**<br>**rabin@pricelawgroup.com**<br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**</div> ||
| In re<br>    **Richard Allen Eliason**<br>    **Tina Belle Eliason**<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **8:22-bk-11636-TA**<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1. DEEDS OF TRUST [OR MORTGAGES]**<br>**2. LEASES ON PERSONAL PROPERTY;**<br>**3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, (*Debtor's name*),  **Richard Allen Eliason & Tina Belle Eliason**  , hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on   **September 23, 2022**         .

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                   Page 1                    F 3015-1.4.DEC.PRECONF.PYMTS

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| **1870 E Belmont Court, Placentia, CA 92870** | Name of Creditor (*printed*):  **LoanCare, LLC** (*check one*) ☑ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): _ | **$1,927.51** | **11/1/2022** | **11/25/2022** |
| **2019 Hyundai Kona** | Name of Creditor (*printed*):  **TD Auto Finance** (*check one*) ☐ Deed of Trust/Mortgage ☑ Car loan ☐ Lease ☐ Other (*specify*): _ | **$261.19** **$261.19** | **11/8/2022** **12/8/2022** | **11/9/2022** **12/9/2022** |
| **1870 E Belmont Court, Placentia, CA 92870** | Name of Creditor (*printed*):  **Highland Meadows** (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☑ Other (*specify*): **HOA** | **$270.00** **$270.00** | **10/30/2022** **11/30/2022** | **11/4/2022** **12/2/2022** |
|  | Name of Creditor (*printed*): _ (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): _ |  |  |  |

---
[1] Attach additional pages if necessary.
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                   Page 2            **F 3015-1.4.DEC.PRECONF.PYMTS**

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): | | | |

6.   ☐ Continued on Attached Page.

7.   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: _____

**Richard Allen Eliason**
*Debtor*

Dated: _____

**Tina Belle Eliason**
*Joint Debtor*

---

[3]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012        Page 3        **F 3015-1.4.DEC.PRECONF.PYMTS**





Withdrawal ACH LOANCARE SERV /    -$1,927.51
TYPE: MTG PYMT CO: LOANCARE SERV
11/25/2022                                    Balance

















# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**

A true and correct copy of the foregoing document entitled (*specify*):   __**Declaration Setting Forth Post Petition, Preconfirmation Payments On: Leases of Personal Property; Purchase Money Security Liens in Personal Property**__   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/13/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**CHAPTER 13 TRUSTEE: Amrane (SA) Cohen (TR),   efile@ch13ac.com**
**ECF PARTY: Joseph C Delmotte, ecfcacb@aldridgepite.com**
**ATTORNEY FOR DEBTORS: Rabin J Pournazarian, enotice@pricelawgroup.com**
**ECF PARTY: Sheryl K Ith, sith@cookseylaw.com**
**UNITED STATES TRUSTEE (SA), ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **12/13/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**DEBTORS**
**Richard and Tina Eliason**
**1870 E Belmont Ct**
**Placentia, CA 92870**

**CREDITORS**
**LoanCare. LLC**
**Attn: Consumer Solutions Dept**
**3637 Sentara Way**
**Virginia Beach, VA 23452**

**Td Auto Finance**
**Attn: Bankruptcy**
**Po Box 9223**
**Farmington Hills, MI 48333**

**Highland Meadows**
**c/o Future Management Services**
**21520 Yorba Linda Blvd**
**Yorba Linda, CA 92887**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/13/2022 | Ashley Johnson | /s/ Ashley Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                Page 4              **F 3015-1.4.DEC.PRECONF.PYMTS**